

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name: Henry Rangel v. The State of Texas

Appellate case number: 01-18-00273-CR

Trial court case number: CR13465

Trial court: 355th District Court of Hood County

Appellant's court-appointed counsel, Lukas A. Lawrence, filed a motion to withdraw and appellate brief on July 25, 2018, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On August 17, 2018, appellant, Henry Rangel, acting pro se, filed a pro se motion for access to the appellate record to prepare a response and also requested a 30-day extension of time to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's motion and **orders** the district clerk, no later than **10 days** from the date of this order, to mail a copy of the clerk's and reporter's records to the pro se appellant. The district clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Furthermore, the Court **grants** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed **within 45 days** of the date of this order.

Finally, the Court **orders** appellant's court-appointed counsel, Lukas A. Lawrence, to respond to the pro se appellant's cover letter, filed with his motion on August 17, 2018, within ten days of the date of this Order and certify.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually    ☐ Acting for the Court

Date: August 28, 2018